UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
Trustees of the Teamsters Local 456 Pension,
Health & Welfare, Annuity, Education & Training, S.U.B.,
Industry Advancement and Legal Services Funds and the
Westchester Teamsters Local Union No. 456,

                            Index No. 08 CIV 1226 (WCC)

                     Plaintiffs,    **VOLUNTARY NOTICE**
                                 **OF DISMISSAL & ORDER**
    -and-

CONCOURSE PRECAST INC.,

                     Defendant.
----------------------------------------------------------x

      PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) plaintiffs, by the undersigned attorney of record, hereby voluntarily dismiss the above entitled action with prejudice.

Dated: March 22, 2008
       Elmsford, New York

                                BARNES, IACCARINO, VIRGINIA,
                                AMBINDER & SHEPHERD, PLLC

                                _/s/ Karin Arrospide_
                                Karin Arrospide, Esq. (KA9319)
                                Attorney for Plaintiffs
                                258 Saw Mill River Road
                                Elmsford, New York 10523
                                (914) 592-1515

SO ORDERED:

_/s/ William C. Conner_
Honorable William C. Conner, U.S.D.J.

Date 3/31/08
White Plains, New York

                                     COPIES e-MAILED TO COUNSEL OF RECORD

                                                                  TOTAL P.02

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____